LOUIS OSHINSKY, Respondent, v. EDWARD GUMBERG, Appellant.— Motion granted, and order resettled to allow disbursements, without costs. Present —Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

HENRY PEPE, Respondent, v. BERTHA QUARITIUS, Appellant.— Motion granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JOSEPH PEPE, Respondent, v. BERTHA QUARITIUS, Appellant.— Motion granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

NICHOLAS PEPE, Respondent, v. BERTHA QUARITIUS, Appellant.— Motion granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

DORA PINES, Appellant, v. LIBBIE TRAKTMAN and Others, Respondents. THE RUDOLPH WALLACH COMPANY, Appellant, v. LIBBIE TRAKTMAN and Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WATSON B. DICKERMAN and Another, as Trustees, etc., Respondents, v. GEORGE W. SUTTON, as Commissioner of Assessment and Taxation of the City of New Rochelle, and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY C. WARD and Others, Respondents, v. GEORGE W. SUTTON, as Commissioner of Assessment and Taxation of the City of New Rochelle, and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

CATHERINE REILLY, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

PATRICK SHARKEY, Plaintiff, v. KATE FLOOD, Respondent. JOSEPH CRESCENT and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

CHARLES H. STODDARD, Appellant, v. ELLEN SOMERVILLE EDWARDS, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ELMORE T. WILLSEA and Another, Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY and THE VILLAGE OF TARRYTOWN, Respondents.— Motion of plaintiffs for leave to appeal to the Court of Appeals denied. Motion of Attorney-General for leave to intervene also denied, without prejudice to such a motion being made to the Court of Appeals, if the Court of Appeals shall grant to plaintiffs the right to appeal. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JESSIE ALLEN, Appellant, v. JOHN S. KELLY, Respondent.— Judgment of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich and Jaycox, JJ., concurred; Kelly, J., dissented.